# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Mr. Tijah M. Clarkson, <br> *Plaintiff* <br> v. <br><br> Sheriff Anthony Dennis; Capt. Blanding; Officer Williams, <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.   1:19-cv-01970-HMH |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Mr. Tijah M. Clarkson, shall take nothing of the defendants, Sheriff Anthony Dennis and Capt. Blanding, and this action is dismissed without prejudice as to those defendants.

■ The plaintiff, Mr. Tijah M. Clarkson, shall take nothing of the defendant, Officer Williams, and this action is dismissed with prejudice as to that defendant.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding, adopting the Reports and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 25, 2019                                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/L. Baker

                                                                                                        *Signature of Clerk or Deputy Clerk*